JS-6


FILED
8/28/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: rf   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Elwood Staudinger,

           Plaintiff,

    v.

Steven Hunter, et al.,

           Defendants.

15-cv-02050 VAP (SPx)

**ORDER DISMISSING CASE**

    On August 16, 2018, the Court ordered Plaintiff to show cause, in writing, no later than August 23, 2018 why the Complaint should not be dismissed without prejudice for failure to prosecute. Plaintiff failed to respond by the deadline to the Court's Order. Accordingly, the Court ORDERS this case DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated:   8/28/18

Virginia A. Phillips
Chief United States District Judge

1